JULIUS AUERBACH et al., as Stockholders of Ufland-Liftman, Inc., Suing on Their Own Behalf and on Behalf of Said Ufland-Liftman, Inc., as a Stockholder of Lacidem Realty Corp., and on Behalf of All Other Stockholders of Ufland-Liftman, Inc., and of Lacidem Realty Corp., Similarly Situated, Appellants, *v.* LACIDEM REALTY CORP. et al., Defendants, and PAUL LIFTMAN et al., Defendants-Respondents.

Argued October 16, 1944; decided November 30, 1944.

*Charles S. Rosenschein, Robert Moers* and *Herman Schner* for appellants.

*Oliver T. Cowan* and *Monroe Goldwater* for respondents.

Appeal from judgment entered June 6, 1944, in favor of defendant Paul Liftman dismissed on the ground that the judgment entered after trial against him is a single judgment from which no direct appeal lies to this court.

Judgment entered May 24, 1944, in favor of defendants Paul Liftman, and others, affirmed, with costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.